UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROIMMUNE COMPANY, LLC, derivatively and on behalf of INNATE FFAAP MEDICINE LLC and STRESS WATCHERS OXIDATIVE STRESS TEST METHOD LLC, and INNATE FFAAP MEDICINE LLC, derivatively on behalf of PROTHIONE LLE and LIPINOL LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>LAURA LILE, M.D., and THREE AMINOS, LLC,<br><br>    Defendants. | Hon. Kenneth M. Karas<br><br>Case No. 7:22-cv-08229-~~UA~~ (Kmk)<br><br>**STIPULATION RE: RESPONSIVE PLEADINGS** |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | |

WHEREAS, on August 25, 2022, Plaintiff The ProImmune Company, LLC, derivatively and on behalf of INNATE FFAAP MEDICINE LLC and STRESS WATCHERS OXIDATIVE STRESS TEST METHOD LLC, and INNATE FFAAP MEDICINE LLC, derivatively on behalf of PROTHIONE LLE and LIPINOL LLC, ("ProImmune") filed its complaint in this action in the Supreme Court of New York, New York County, Case No. 653093/2022;

WHEREAS, on September 26, 2022, Defendants, Counterclaimants, and Third-Party Plaintiffs Laura Lile, M.D. and Three Aminos, LLC (collectively the "Three Aminos Parties") removed this action to this Court;

WHEREAS, on September 26, 2022, the Three Aminos Parties filed counterclaims against ProImmune and third-party claims against Third-Party Defendant Albert Crum, M.D. ("Dr. Crum," and with ProImmune, the "ProImmune Parties"; the counterclaim and third-party claims collectively referred to as the "Counterclaims");

WHEREAS, ProImmune's response to the Counterclaims is currently due on October 17, 2022;

WHEREAS, on October 6, 2022, counsel for the Three Aminos Parties requested that counsel for Dr. Crum accept service on his behalf and execute a waiver of service for the Counterclaims, and counsel agreed to do so;

WHEREAS, under the current deadlines, Dr. Crum's response to the Counterclaims is due on December 5, 2022;

WHEREAS, the parties wish to consolidate the ProImmune Parties' deadline to respond to the Counterclaims to December 5, 2022, as the ProImmune Parties anticipate filing one consolidated response on behalf of all ProImmune Parties;

WHEREAS, the parties agree to extend ProImmune's deadline to respond to the Counterclaims to December 5, 2022;

**SO STIPULATED.**

Dated: October 12, 2022
Los Angeles, California

**BROWN NERI SMITH & KHAN, LLP**

By: /s/ Ryan B. Abbott
      Ryan B. Abbott

11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890 / F: (310) 593-9980
Ryan@bnsklaw.com

*Attorneys for Plaintiffs/Counterclaim Defendants,*
*The ProImmune Company, LLC and Albert Crum, M.D.*

Dated: October 12, 2022
New York, New York

**POLSINELLI PC**

By: /s/ Frank T. Spano
      Frank T. Spano

600 Third Avenue, 42nd Fl.
New York, NY 10016
T: (212) 684-0197
fspano@polsinelli.com

Jay E. Heidrick
POLSINELLI PC
900 W. 48th Pl., Ste. 900
Kansas City, MO 64112
T: (816) 572-4765
jheidrick@polsinelli.com

R. James Balls
POLSINELLI PC
1401 Eye St. N.W., Ste. 800
Washington, D.C. 20005
T: (202) 626-8376
jballs@polsinelli.com

Joshua L. Rayes
POLSINELLI LLP
Three Embarcadero Ctr., Ste. 2400
San Francisco, CA 94111
T: (415) 248-2141
jrayes@polsinelli.com

Carter T. Kristek
POLSINELLI PC
2950 N. Harwood, Ste. 2100
Dallas, TX 75201
T: (214) 397-0217
ckristek@polsinelli.com

SO ORDERED.

HON. KENNETH M. KARAS
United States Judge

10/12/2022