**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE PROIMMUNE COMPANY, LLC, derivatively and on behalf of INNATE FFAAP MEDICINE LLC and STRESS WATCHERS OXIDATIVE STRESS TEST METHOD LLC, and INNATE FFAAP MEDICINE LLC, derivatively on behalf of PROTHIONE LLE and LIPINOL LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>LAURA LILE, M.D., and THREE AMINOS, LLC,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | Hon. Kenneth M. Karas<br><br>Case No. 7:22-cv-08229-KMK<br><br>**NOTICE OF LIMITED APPEARANCE OF KETE P. BARNES FOR PLAINTIFF THE PROIMMUNE COMPANY, LLC AND THIRD-PARTY DEFENDANT ALBERT CRUM, M.D.** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Kete P. Barnes makes his limited appearance on behalf of Plaintiff/Counterclaim-Defendant the ProImmune Company, LLC and Third-Party Defendant Albert Crum, M.D., for the purpose of contesting jurisdiction of Defendant/ Counterclaimants and Third-Party Plaintiffs Laura Lile, M.D. and Three Aminos, LLC's Counterclaims and Cross-Claims. Mr. Barnes' full contact information is as follows:

> Kete Barnes
> Brown Neri Smith & Khan, LLP
> 11601 Wilshire Blvd., Ste. 2080
> Los Angeles, CA 90025
> T: (310) 593-9890
> E: kete@bnsklaw.com

Dated: October 26, 2022
Los Angeles, California

**BROWN NERI SMITH & KHAN, LLP**

By: /s/ Kete P. Barnes
       Kete P. Barnes

11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890 / F: (310) 593-9980
kete@bnsklaw.com

*Attorneys for Plaintiff/Counterclaim-Defendant The ProImmune Company, LLC and Third-Party Defendant Albert Crum, M.D.*