UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PROIMMUNE COMPANY, LLC,

    Plaintiff,

    v.

LAURA LILE, M.D., and THREE AMINOS, LLC,

    Defendants and Counterclaimants.

    v.

ALBERT CRUM, M.D.,

    Third-Party Defendant.

Case No. 7:22-cv-07242 (KMK)

22 CV 8227
22 CV 8229

## STIPULATION TO SUBSTITUTE COUNSEL

Pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants/Counterclaimants hereby agree that Natraj Bhushan, Esq. of Turturro Law, P.C., be substituted as counsel in the place and stead of Frank Spano, Jay Heidrick, and Joshua Rayes of Polsinelli PC (LLP in California) in the above-entitled action. Consent of both withdrawing and substituting attorneys is indicated below along with the signature of the respective clients.

Polsinelli PC hereby consents to the substitution of Turturro Law, P.C. as attorneys of record for Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC.

90224375.1

Dated:  June 27, 2023                                    **POLSINELLI PC**


By: ___/s/ Frank T. Spano_____
   Frank T. Spano
   Attorneys for Defendants LAURA LILE, M.D. and
   THREE AMINOS, LLC
   600 Third Avenue, 42nd Floor
   New York, NY 10016
   212.413.2848
   Fax No. (212) 684-0197
   fspano@polsinelli.com

   Jay E. Heidrick
   (*pro hac vice* application forthcoming)
   POLSINELLI PC
   900 W. 48th Place, Suite 900
   Kansas City, MO 64112
   816.572.4765
   jheidrick@polsinelli.com

   Joshua L. Rayes
   (*pro hac vice* application forthcoming)
   POLSINELLI LLP
   Three Embarcadero Center, Suite 2400
   San Francisco, CA 94111
   415.248.2141
   jrayes@polsinelli.com


Turturro Law, P.C. hereby consents to its substitution as attorneys of record for

Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC in the place and stead of

Polsinelli PC.

Dated:  June 28, 2023                                    **TURTURRO LAW, P.C.**


By: ___/s/ Natraj S. Bhushan_____


Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC hereby consent

to the substitution of Turturro Law, P.C. as its counsel in place and stead of Polsinelli PC.

2

90224375.1

Dated:  June 28, 2023                          **LAURA LILE, M.D.**


By: _/s/ Laura Lile_____


Dated:  June 28, 2023                          **THREE AMINOS, LLC**


By: _/s/ Laura Lile_____



**ORDER**

**IT IS SO ORDERED.**


_____
**UNITED STATES DISTRICT JUDGE**
**DATED:**_____9/6/23_____

90224375.1